Vincent W. Davis, Esq. (SBN 125399)
Law Offices of Vincent W. Davis & Associates
440 East Huntington Drive, Suite 100
Arcadia, CA 91006
Phone: (626) 446-6442
Facsimile: (626) 446-6454

Attorneys for Defendant, SHEREE A. RYAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BEALE; MALCOLM BEALE<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF VENTURA; DEPUTY S. MOSS #5068; DEPUTY STEELE; BRYAN BRAY #754; ALINA HOFFMAN #756; AMANDA AHRENS; 5 R WAY CATTLE RANCH; SHEREE A. RYAN; TIMOTHY P. RYAN, JR; BRENDA SMITH, TERRY BOBBITT and DOES 1 through 10, Jointly and Severally<br><br>Defendants. | CASE NO: 2:23-cv-02398 MWF (AGRx)<br><br>**ANSWER OF SHEREE A. RYAN TO THE COMPLAINT OF PLAINTIFF'S MARCUS BEALE AND MALCOLM BEALE** |

Defendant, SHEREE A. RYAN answers Plaintiffs MARCUS BEALE and MALCOLM BEALE's unverified Complaint as follows:

1. Sheree A. Ryan denies generally and specifically the material allegations contained in each cause of action of the Complaint, and further specifically denies that Marcus Beale and Malcolm Beale have been damaged in the sums or sums alleged or has incurred any

1

1. liability in the sums or sums alleged. Or in any other manner or form by way of an ct, or omission or obligation on the part of Sherree A. Rayn.

2. The affirmative defenses set forth below are asserted based on information and belief.

### FIRST AFFIRMATIVE DEFENSE
(Failure To State A Cause of Action)

3. Sheree A. Ryan is informed and believes and thereon alleges that each and every cause of action in the complaint on file fails to state facts sufficient to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Statute of Limitations)

4. Sheree A. Ryan is informed and believes and thereon alleges that each and every cause of action of the Complaint is barred in whole or in part by the applicable statutes of limitations whether it be California Code of Civil Procedure or otherwise, any other statute of limitation or statutory time bar that may be deemed applicable to Marcus Beale and Malcolm Beale

### THIRD AFFIRMIATIVE DEFENSE
(Laches)

5. Sheree A. Ryan is informed and believes and thereon alleges that this action is barred by laches as Marcus Beale and Malcolm Beale delayed in the bringing of this action and thereby prejudiced the rights of Sherree A. Ryan.

### FOURTH AFFIRMATIVE DEFENSE
(Waiver)

6. Sheree A. Ryan is informed and believes and thereon alleges that, as a result of the acts, conduct and omissions of Marcus Beale and Malcolm Beale each and every cause of action of the Complaint has been waived.

## FIFTH AFFIRMATIVE DEFENSE

(Unclean Hands)

7. Sheree A. Ryan is informed and believes and thereon alleges that the unreasonable conduct of Marcus Beale and Malcolm Beale taints Marcus Beale and Malcolm Beale with unclean hands as to the incidents complaint of by Marcus Beale and Malcolm Beale.

## SIXTH AFFIRMATIVE DEFENSE

(Estoppel)

8. Sheree A. Rayn is informed and believes and thereon alleges that the Complaint and each cause of action therein is barred by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

9. Sheree A. Ryan is informed and believes and thereon alleges that if Marcus Beale and Malcolm Beale suffered or sustained any loss, damage or injury as alleged in the Complaint, Marcus Beale and Malcolm Beale failed to mitigate said damages, and Marcus Beale and Malcolm Beale's recovery herein is barred or limited to the extent of any such failure to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

(Release)

10. Sherre A. Ryan is informed and believes and thereon alleges that the Complaint and each cause of action is barred by the doctrine of release.

## NINTH AFFIRMATIVE DEFENSE

(Consent)

11. Sheree A. Ryan is informed and believes and thereon alleges that Marcus Beale and Malcolm Beale are barred, in whole or in part, because at all times relevant to this action, Marcus Beale and Malcolm Beale expressly or implicitly consented to Sheree A. Ryan's alleged conduct that allegedly caused the damages for which Marcus Beale and

### TENTH AFFIRMATIVE DEFENSE

(Marcus Beale and Malcolm Beale's Negligence)

12. Sheree A. Ryan is informed and believes and thereon alleges that if Marcus Beale and Malcolm Beale suffered or incurred any loss, damage or injury as alleged in the Complaint, such loss damage or injury was proximately caused or contributed to solely by Marcus Beale and Malcolm Beale in failing to conduct themselves in the manner ordinarily expected of a reasonably prudent person. Marcus Beale and Malcolm Beale's pursuit of recovery is diminished to the extent that Marcus Beale and Malcolm Beale's loss, damage or injury is attributable to their own negligence.

### ELEVENTH AFFIRMATIVE DEFENSE

(Third Party's Negligence)

13. Sheree A. Ryan's is informed and believes and thereon alleges that if Marcus Beale and Malcolm Beale suffered or incurred any loss, damage or injury as alleged in the Complaint, such loss, damage or injury was approximately caused or contributed to by the wrongful and negligent acts or conduct of parties, persons or entities other than Sheree A. Rayn, and that such wrongful and negligent acts or conduct were an intervening or superseding cause of the loss, damage or injury of which Marcus Beale and Malcolm Beal complain.

### TWELFTH AFFIRMATIVE DEFENSE

(Reasonable ness in Creating Condition)

14. Sheree A. Ryan is informed and believes and thereon alleges that in the event that any condition on Marcus Beale and Malcolm Beale's property constitutes a dangerous condition, which Sherree A. Ryan denies, the act or omission of Sheree A. Ryn in creating or maintaining such condition was reasonable in light of all the circumstances.

### THIRTEENTH AFFIRMATIVE DEFENSE

(Apportionment of Fault)

15. Sheree A. Ryan is informed and believes and thereon alleges that if Marcus Beale and Malcolm Beale suffered or incurred any loss, damage or injury as alleged in the

Complaint, such loss, damage, or injury was proximately caused or contributed to by persons or entities other than Sheree A. Ryan. The liability for all the defendants and responsible parties, named or unnamed, should be apportioned according to the relative degrees of fault, and the liability of Sheree A. Ryan should be reduced accordingly or barred.

### FOURTEENTH AFFIRMATIVE DEFENSE

(Justification)

16. Sheree A. Ryan is informed and believes and thereon alleges that Marcus Beale and Malcolm Beale's claims are barred, in whole or in part, because the conduct upon which the Complaint is based was lawful under the doctrine of justification.

### FIFTEENTH AFFIRMATIVE DEFENSE

(Adequate Remedies)

17. Sheree A. Ryan is informed and believes and thereon alleges that Marcus Beale and Malcolm Beale's claims for equitable relief are barred, in whole or in part, as Marcus Beale and Malcolm Beale have an adequate remedy at law for damages.

WHEREFORE, Sheree A. Ryan prays judgment as follows:

1. That Marcus Beale and Malcolm Beale take nothing from Sheree A. Ryan by virtue of their Complaint;
2. That judgment be entered in favor of Sheree A. Ryan;
3. That Sheree A. Ryan be awarded costs of suit and attorneys' fees herein; and
4. That Sheree A. Ryan be granted such other and further relief as the Court may deem just and proper.

Law Offices of Vincent W. Davis

Dated: 12/22/2023

*Vincent W. Davis, Esq.*

Vincent W. Davis, Esq.
Attorneys for Defendant