| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>ALEXIS GALINDO, ESQ.          SBN: #136643<br>CURD, GALINDO & SMITH, LLP<br>301 EAST OCEAN BLVD., STE. 1700  LONG BEACH, CA 90802<br>TELEPHONE NO.: (562) 624-1177       FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 WEST 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: MARCUS BEALE; MALCOLM BEALE
DEFENDANT/RESPONDENT: COUNTY OF VENTURA, ET AL.

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>2:23-CV-02398-MWF (AGRx) |
|---|---|

I received the within assignment for filing and/or service on November 28, 2023 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   TIMOTHY P. RYAN, JR.

Documents:   Summons & Complaint

As enumerated below:

| | |
|---|---|
| 12/1/2023 -- 12:00 PM | Doesn't live here as Per mother Sheree Ryan. Said she has no contact info for him. and that it wasn't her problem if he can't be found.<br>16191 Mount Lilac Trl, Frazier Park, CA 93225 |
| 12/1/2023 -- 12:15 PM | No Answer At Home<br>16240 Chuchupate Trl, Frazier Park, CA 93225 |
| 12/11/2023 -- 9:08 AM | No Answer At Home. Evading. As I drove up, a big dog "greeted" me by barking and growling. I stood still so he could acclimate to me, then slowly moved toward the house. A dog inside watched me through the window and incessantly barked also. The first dog wouldn't let me approach any closer, so I called out several times, but no answer. It smelled as though a fire had just been lit in the fireplace. The GMC truck Lic# 87641T3 and Silver Cadillac 5LUN561 was parked in front of the house.<br>16240 Chuchupate Trl, Frazier Park, CA 93225 |
| 12/11/2023 -- 9:34 AM | Unable to Gain Access to Property, Gate Locked. I called out but was probably too far from home for them to hear me. No answer. The Ranch is on the same property one entracne for home and ranch.<br>16191 Mount Lilac Trl, Frazier Park, CA 93225 |

Continued on Next Page

County: KERN
Registration No.: #815
AMS Legal Support Services, Inc.
31 H Street
Bakersfield, CA 93304

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 1/4/2024.

Signature: *[signed]* JENNIFER A. BARKER

**DECLARATION OF DILIGENCE**

Order#: P219476/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>ALEXIS GALINDO, ESQ.   SBN: #136643<br>CURD, GALINDO & SMITH, LLP<br>301 EAST OCEAN BLVD., STE. 1700   LONG BEACH, CA 90802<br>TELEPHONE NO.: **(562) 624-1177**   FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Plaintiff** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: **350 WEST 1ST STREET**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **LOS ANGELES, CA 90012**<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **MARCUS BEALE; MALCOLM BEALE**<br>DEFENDANT/RESPONDENT: **COUNTY OF VENTURA, ET AL.** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**2:23-CV-02398-MWF (AGRx)** |

I received the within assignment for filing and/or service on November 28, 2023 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: **TIMOTHY P. RYAN, JR.**

Documents: **Summons & Complaint**

As enumerated below:

**Continued from Previous Page**

12/12/2023 -- 5:08 PM   GMC truck was parked in front of the home, and lights were on in the home. Dogs were barking from inside the home as I approached. I knocked several times and waited, but there was no response. All of the lights were turned off while I was on the porch. Waited a few minutes but still no one would come to the door.
16240 Chuchupate Trl, Frazier Park, CA 93225

12/12/2023 -- 5:24 PM   Unable to access property as gate was closed in locked. I could see lights were on in the home. I called Mrs. Ryan and left a voicemail asking if she would accept sub-service on Tim. Ryan Jr's behalf. I followed up with a text of the same message. Then, waited 15 minutes to see if she'd respond, but she didn't, also the Ranch has the same entrance as the home the property is all connected.
16191 Mount Lilac Trl, Frazier Park, CA 93225

County: **KERN**
Registration No.: **#815**
**AMS Legal Support Services, Inc.**
**31 H Street**
**Bakersfield, CA 93304**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 1/4/2024.

Signature: _____
JENNIFER A. BARKER

**DECLARATION OF DILIGENCE**

Order#: P219476/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>ALEXIS GALINDO, ESQ.     SBN: #136643<br>CURD, GALINDO & SMITH, LLP<br>301 EAST OCEAN BLVD., STE. 1700   LONG BEACH, CA 90802<br>TELEPHONE NO.: (562) 624-1177      FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT
STREET ADDRESS: 350 WEST 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: MARCUS BEALE; MALCOLM BEALE
DEFENDANT/RESPONDENT: COUNTY OF VENTURA, ET AL.

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>2:23-CV-02398-MWF (AGRx) |
|---|---|

I received the within assignment for filing and/or service on November 28, 2023 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   TIMOTHY P. RYAN, JR.

Documents:   Summons & Complaint

As enumerated below:

12/20/2023 -- 1:15 PM    No Answer At Home. Gate open, drove in to property. Knocked on door several times. No activity, no lights on. No dogs inside or outside. No vehicles seen.
16240 Chuchupate Trl, Frazier Park, CA 93225

12/20/2023 -- 1:20 PM    Unable to Gain Access to Property, both gates locked. No activity outside the premises.
16191 Mount Lilac Trl, Frazier Park, CA 93225

County: KERN
Registration No.: #654
AMS Legal Support Services, Inc.
31 H Street
Bakersfield, CA 93304

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 1/4/2024.

Signature: *[signature]*
LAURI ROWLAND

**DECLARATION OF DILIGENCE**

Order#: P219476/DilFormat.mdl

| Attorney or Party without Attorney:<br>ALEXIS GALINDO, ESQ., SBN: #136643<br>CURD, GALINDO & SMITH, LLP<br>301 EAST OCEAN BLVD., STE. 1700<br>LONG BEACH, CA 90802<br>TELEPHONE No.: (562) 624-1177     FAX No. (Optional):     E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: MARCUS BEALE; MALCOLM BEALE
Defendant: COUNTY OF VENTURA, ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:23-CV-02398-MWF (AGRx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons & Complaint

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at BAKERSFIELD, CA, California, addressed as follows:

   a. Date of Mailing:          January 3, 2024
   b. Place of Mailing:         BAKERSFIELD, CA, CA
   c. Addressed as follows:     TIMOTHY P. RYAN, JR.
                                16240 Chuchupate Trl
                                Frazier Park, CA 93225

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at BAKERSFIELD, CA, California in the ordinary course of business.

Fee for Service: $

AMS Legal Support Services, Inc.
31 H Street
Bakersfield, CA 93304
(661) 324-8018
http://www.amslegal.net/

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2024.

Signature: _____
MERANDA MATTHEWS

**PROOF OF SERVICE BY MAIL**

Order#: P219476/mailproof