UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BEALE; MALCOLM BEALE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF VENTURA; DEPUTY S. MOSS #5068; DEPUTY STEELE; BRYAN BRAY #754; ALINA HOFFMAN #756; AMANDA AHRENS; 5 R WAY CATTLE RANCH, SHEREE A. RYAN, TIMOTHY P. RYAN, JR; BRENDA SMITH, TERRY BOBBITT and DOES 1 through 10, Jointly and Severally,<br>　　　　　Defendants. | Case No. 2:23-cv-02398-WLH (AGRx)<br><br>Honorable Wesley L. Hsu<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS DEPUTY STEELE, BRYAN BRAY, AND ALINA HOFFMAN** |

　　The Court having entered an Order granting Defendants DEPUTY STEELE, BRYAN BRAY, and ALINA HOFFMAN'S Motion for Summary Judgment on January 22, 2025 (Docket No. 60), dismissing the claims brought against these Defendants, and no causes of action remaining pending against these Defendants,

1

1       IT IS HEREBY ORDERED AND ADJUDGED pursuant to Federal Rules of Civil Procedure Rule 54(b), that there is no just reason for delay in entering full and final judgment in favor of Defendants DEPUTY STEELE, BRYAN BRAY, and ALINA HOFFMAN and against Plaintiffs MARCUS BEALE and MALCOLM BEALE as to the claims against Defendants Steele, Bray and Hoffman.

      Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of Defendants DEPUTY STEELE, BRYAN BRAY, and ALINA HOFFMAN and against Plaintiffs MARCUS BEALE and MALCOLM BEALE against Plaintiffs MARCUS BEALE and MALCOLM BEALE as to the claims against Defendants Steele, Bray and Hoffman

**IT IS SO ORDERED.**

Dated: 1/29/25

                                      HON. WESLEY L. HSU
                                      UNITED STATES DISTRICT JUDGE